

**CALLAGY LAW**
Caring • Urgent • Aggressive

Mack-Cali Centre II
650 From Rd – Suite 565
Paramus, New Jersey 07652
Email: info@callagylaw.com
Web: callagylaw.com
Office:   201.261.1700
Fax:      201.261.1775

Sean R. Callagy+*

Partner
Michael J. Smikun+*
Benjamin D. Light+
David L. Aromando+*
Brian P. McCann+*
Christopher R. Cavalli+

JoAnne Baio LaGreca+*
Thomas LaGreca*
James Greenspan+*
Tamara E. Kotsev+*
Lynne Goldman+*
Christopher R. Miller+
Samuel S. Saltman+
Michael Gottlieb+*
Alethia Scipione#
Robert J. Solomon+*
Casey L. Wertheim+
Robert B. Kress+
Daniel C. Nowak+
Emily J. Harris+

+Member of the New Jersey Bar
*Member of the New York Bar
^Member of the Connecticut Bar
#Member of the Arizona Bar

**New York Office:**
576 Fifth Ave
Suite 903
New York, NY 10036
(Reply to NJ Office)

**Arizona Office:**
668 North 44th St
Suite 300
Phoenix, AZ 85008
Office: 602.687.5844

January 18, 2017

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J
United States District Court
Thurgood Marshall
Unites States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/20/2017__

      **RE:**    **Prospect Funding Holdings, LLC v. Vinson, Howard et al.**

Your Honor:

    This firm, and more specifically, the undersigned represent Plaintiff in connection with the above captioned matter.

    As you are aware, the parties are required to appear before Your Honor for a Case Management Conference (the "Conference") on February 15, 2017 at 12:30 PM. The undersigned respectfully requests an adjournment of the Conference. As previously expressed to Your Honor the undersigned will be attending a 10 day jury trial in an unrelated litigation in Arizona from February 6, 2017 through February 22, 2017.

    Should you have any questions or concerns please contact my office.

               Respectfully,

             ___*s/ Michael J. Smikun*___
               Michael Smikun, Esq.

MJS/jc

Cc:    Jerry Pilgrim (Via ECF)
        Justin Jacobson (Via ECF)

---

The case management conference is adjourned to March 1, 2017, at 10:30 am.

The application is  ✓  granted
                ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __1/20/2017__
New York, New York